EXHIBIT A

RICHARD ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
ALEXANDER, HAWES & AUDET, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776
**Attorneys for Plaintiff(s)**

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
HUSCH & EPPENBERGER, LLC
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
**Attorneys for Defendant Olin Corporation**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS, Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-05204 RMW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT OLIN CORPORATION BY PLAINTIFFS JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS, INDIVIDUALLY AND AS TRUSTEES OF THE JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS REVOCABLE LIVING TRUST** |

2056880.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust - 1**

Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, individually and as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust, and Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P. 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, individually and as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust, as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, individually and as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust

2056880.01
**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust  - 2**

1
2              HUSCH & EPPENBERGER, LLC
3
               By:    /s/ Carol A. Rutter
4                    THOMAS M. CARNEY, admitted *pro hac vice*
                     CAROL A. RUTTER, admitted *pro hac vice*
5                    190 Carondelet Plaza, Suite 600
                     St. Louis, MO 63105-3441
6                    Telephone: (314) 480-1500
                     Facsimile: (314) 480-1505
7
                     RANDALL C. CREECH, Cal. Bar #65542
8                    CREECH, LIEBOW & KRAUS
                     333 West San Carlos Street
9                    Suite 1600
                     San Jose, CA 95110
10                   Telephone: (408) 993-9911
                     Facsimile: (408) 993-1335
11             Attorneys for Defendant Olin Corporation
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2056880.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust  - 3**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS, as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>OLIN CORPORATION, et al.,<br><br>Defendants. | Case No.: C 03-05204 RMW<br><br>**ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS, AS TRUSTEES OF THE JESSE J. HUTCHINGS AND JUANITA C. HUTCHINGS REVOCABLE LIVING TRUST** |

THIS MATTER coming on the motion of Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, individually and as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust, and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

The claims of Plaintiffs Jesse J. Hutchings and Juanita C. Hutchings, individually and as Trustees of the Jesse J. Hutchings and Juanita C. Hutchings Revocable Living Trust, against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005          *Ronald M. Whyte*